**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                            )
MICHAEL KAFFEE, Individually and On Behalf of )
All Others Similarly Situated,              )
                                            )
           Plaintiff,                       )
                                            )
   vs.                                    )  Case No. 04-10345-DPW
                                            )
SONUS NETWORKS, INC., HASSAN AHMED,         )
PH.D. and STEPHEN NILL,                     )
                                            )
           Defendants.                      )
_____)

**NOTICE OF APPEARANCE**

      Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

                         Respectfully Submitted,

                         SONUS NETWORKS, INC.

                         By its attorneys,

                         /s/ Gregory F. Noonan_____
                         Jeffrey B. Rudman (BBO #433380)
                         James W. Prendergast (BBO #553073)
                         Daniel W. Halston (BBO #548692)
                         Gregory F. Noonan (BBO #651035)
                         Hale and Dorr LLP
                         60 State Street
                         Boston, MA 02109
                         (617) 526-6000

Dated: April 15, 2004

- 2 -

CERTIFICATE OF SERVICE

   I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas G. Shapiro | Laurence D. Paskowitz |
| Theodore M. Hess-Mahan | Paskowitz & Associates |
| Shapiro, Haber & Urmy LLP | 60 East 42nd Street |
| 75 State Street | 46th Floor |
| Boston, MA 02109 | New York, NY 10165 |

Roy L. Jacobs
60 East 42nd Street
46th Floor
New York, NY 10165

                    /s/ Gregory F. Noonan_____
                    Gregory F. Noonan

Dated: April 15, 2004